Commonwealth *v.* Dugan, Appellant et al.

Argued April 10, 1950. Before RHODES, P. J., HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*N. J. Lippard* and *U. G. Vogan,* for appellant, submitted a brief.

*Marjorie H. Matson,* Assistant District Attorney, with her *William S. Rahauser,* District Attorney and *Samuel Strauss,* Assistant District Attorney, for appellee.

PER CURIAM, July 20 1950:

Appellant Dugan was convicted of the same offense and in the same trial as Flaherty, whose appeal has been disposed of in an opinion filed this day. Dugan raises the same questions which have been completely answered in the Flaherty opinion. A separate opinion is unnecessary.

Judgment and sentence affirmed.